# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MD81 | E1687731 | Parrette | 5002 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code | | |
|---|---|---|---|
| 11/17/23  0058 | 18USC13 | 21-801.1 | |

Place of Offense: 32 S/B / Exit 6

Offense Description: Factual Basis for Charge
Driving veh on hwy at speed exceeding limit by 20-29
87-55

HAZMAT ☐

### DEFENDANT INFORMATION
Last Name: Upshur
First Name: Corey
M.I.: A

Street Address: [REDACTED]

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 2DA8922 | MD | 07 | Chev TK | | White |

A ☒ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

B ☐ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____    Date: TBD    Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1687731*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 17 Nov, 20 23 while exercising my duties as a law enforcement officer in the 81 District of Maryland

See Attached

_____
_____
_____
_____
_____

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/17/23    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident